UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GS HOLISTIC, LLC,

                Plaintiff,

         -v-                                    25 Civ. 4495 (JPC)

PUR VAPE INC. d/b/a PUR VAPE AND SMOKE      ORDER
SHOP, and MOSHIN MERCHANT,

                Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 2, 2025, Plaintiff served Defendant Pur Vape Inc. with copies of the Summons and Complaint. Dkt. 11. On July 7, 2025, Plaintiff served Defendant Monshin Merchant with copies of the Summons and Complaint. Dkt. 12. Pur Vape Inc.'s deadline to respond to the Complaint was therefore July 23, 2025, and Merchant's deadline to respond to the Complaint was therefore July 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadlines to respond to the Complaint until August 5, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by August 12, 2025.

      Plaintiff is directed to mail copies of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

      SO ORDERED.

Dated: July 29, 2025
      New York, New York                                    JOHN P. CRONAN
                                                            United States District Judge