UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GS HOLISTIC, LLC,                                              :
                                                               :
                              Plaintiff,                       :
                                                               :
            -v-                                                :   25 Civ. 4495 (JPC)
                                                               :
PUR VAPE INC. d/b/a PUR VAPE AND SMOKE       :   ORDER
SHOP, and MOSHIN MERCHANT,                                     :
                                                               :
                              Defendants.                      :
                                                               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff GS Holistic, LLC filed the Complaint in this action on May 29, 2025. Dkt. 1. After Defendants repeatedly missed their deadlines to answer the Complaint, *see* Dkts. 11-13, Plaintiff sought and was issued certificates of default, *see* Dkts. 19-24. Plaintiff then moved for default judgment on August 21, 2025. Dkt. 27.

On August 25, 2025, Defendants appeared and answered the Complaint. Dkts. 33-35. In light of Defendants' participation in this case, Plaintiff shall notify the Court, no later than September 2, 2025, if it still seeks a default judgment against Defendants and whether it consents to vacatur of the certificates of default. Both the briefing deadlines and the currently scheduled hearing regarding Plaintiff's motion for default judgment, *see* Dkt. 25, are adjourned until further order of the Court.

SO ORDERED.

Dated: August 26, 2025
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge