**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CASE NUMBER: 1:25-cv-04495

GS HOLISTIC, LLC,

Plaintiff,

v.

Pur Vape Inc., et al.,

Defendants.
_______________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Pur Vape Inc., and Moshin Merchant (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: February 17, 2026

FOR PLAINTIFF

By: /s/ Anthony M. Verna III

Anthony M Verna , III
Verna Law, P.C.
80 Theodore Fremd Ave
Rye, NY 10580
t: 914-908-6757
anthony@vernalaw.com
*Attorney for Plaintiff*

FOR DEFENDANT

/s/ Ira Levine

Ira Levine, Esq.
543 Broadway
2d Floor
Massapequa, NY 11758
t: 516-541-1072
ira.levine@iralevinelaw.com
*Attorney for Defendants*

SO ORDERED
February 18, 2026

JOHN P. CRONAN
United States District Judge